≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet                                       U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __II__          Investigating Agency __FBI__

City __Medford, MA__          Related Case Information:

County __Middlesex__          Superseding Ind./ Inf. _____  Case No. _____
                              Same Defendant _____  New Defendant _____
                              Magistrate Judge Case Number __22-5119-JGD__
                              Search Warrant Case Number __21-5375, 21-5376__
                              R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Sammy Sultan__          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name __Sam Mahmoud Sultan__

Address __(City & State) 1104 Oakview Avenue, Hayward CA__

Birth date (Yr only): __1973__   SSN (last4#): __5660__   Sex __M__   Race: __U__   Nationality: _____

Defense Counsel if known: _____          Address _____

Bar Number _____

## U.S. Attorney Information:

AUSA __Timothy H. Kistner__          Bar Number if applicable _____

Interpreter:     ☐ Yes  ☑ No          List language and/or dialect: _____

Victims:     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:     ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:     ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:     ☐ Petty   ☐ Misdemeanor   ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/31/2022__          Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Sammy Sultan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 875 | Threats in Interstate Commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013